FANNIE WEININGER ET AL., RESPONDENTS, v. BOROUGH OF METUCHEN ET AL., APPELLANTS.

Submitted May 31, 1946—Decided October 14, 1946.

For the appellants, *John B. Molineux.*

For the respondents, *Koestler & Koestler.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—PARKER, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WACHENFELD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ.  14.

*For reversal*—None.